## MIKESKA v. STATE.
### No. 24318.

Court of Criminal Appeals of Texas.
March 30, 1949.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is that of simple assault, with punishment assessed at a fine of $25.

The record is before us without a statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.